# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KEVIN D. COOK                                                          PLAINTIFF

V.                          CASE NO. 4:10cv00024 BSM

TRAVELCENTERS OF AMERICA                                              DEFENDANT

## ORDER

Plaintiff Kevin D. Cook filed this action alleging that TravelCenters of America ("TravelCenters") discriminated against him based on his color and sex when TravelCenters terminated him. Both plaintiff and defendant are located in the City of Prescott, Nevada County, Arkansas. According to plaintiff's complaint, the alleged discrimination occurred during his employment in Prescott, which lies in the Western District of Arkansas. The interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391.

The Clerk of the Court is directed to transfer plaintiff's case immediately to the United States District Court for the Western District of Arkansas, Texarkana Division, 500 North State Line Avenue, Room 302, Texarkana, Arkansas 71854-5961. Accordingly, the order granting plaintiff's motion for leave to proceed *in forma pauperis* and directing service [Doc. No. 7], and the order referring plaintiff's motion to appoint counsel to Magistrate Judge Beth Deere [Doc. No. 6] are vacated.

IT IS SO ORDERED this 20th day of January, 2010.

UNITED STATES DISTRICT JUDGE